IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIM ANDERSON,

    Plaintiff,

v.                                            CASE NO. 3:17-cv-963-MCR-GRJ

ALPHABET, INC.,

    Defendant.

_____/

## **REPORT AND RECOMMENDATION**

The Court ordered Plaintiff to show cause on or before March 15, 2018, as to why this case should not be dismissed because Plaintiff failed to comply with the Court's order to file an amended complaint on the Court's form. ECF No. 14. As of this date, Plaintiff has failed to respond.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to comply with an order of the Court and failure to prosecute.

**IN CHAMBERS** this 20th day of March 2018.

                                            *s/ Gary R. Jones*
                                            GARY R. JONES
                                            United States Magistrate Judge

*Page 2 of 2*

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**